IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELISSA MEYER,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

No. C 10-01741 WHA

**ORDER RE NOTICE OF SETTLEMENT**

    The Court acknowledges plaintiff's notice of settlement in the captioned matter but cautions that until a dismissal is filed, the parties must meet all deadlines in this case, including the case management conference set for August 5, 2010, at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: July 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE