# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELISSA MEYER,** | Case No. 3:10-CV-01741-WHA |
| Plaintiff, | **ORDER DISMISSING CASE PURSUANT TO STIPULATION** |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | |
| Defendant. | |

Pursuant to Rule 41(a)(1(A)(ii) and the parties' stipulation, IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted. Each party shall bear their own attorneys' fees and costs.

**THE CLERK SHALL CLOSE THE FILE.**

**IT IS SO ORDERED.**

Dated: August 2, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE